IN THE UNITED STATE DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:11-CR-12 |
| | ) | Judge Trauger |
| CORNEL OLIVER, *et al.* | ) | |

## DEFENDANT OLIVER'S MOTION TO JOIN THE JOINT MOTION TO DECLARE CASE EXTENDED AND COMPLEX, PERMIT INTERIM VOUCHERING, AND ORDER BUDGETING AS A MEGA-CASE

Comes Now the Defendant Cornel Oliver by and through his undersigned counsel and respectfully request that he be permitted to join the JOINT MOTION TO DECLARE CASE TO BE AN EXTENDED AND COMPLEX "MEGA-CASE," AND TO AUTHORIZE CASE BUDGETING AND INTERIM BILLING (Docket Entry 454) filed on July 4, 2011. In support of said Motion, Defendant, Cornel Oliver, states that this Honorable Court has already granted the Joint Motion filed by four (4) co-defendants. For the sake of cost effectiveness, Defendant Cornel Oliver is not requesting to re-litigate the issues already put before this Court regarding the complexity and extended nature of this case. Instead, Defendant, Cornel Oliver requests that for the same reasons previously addressed by this Court, this Motion also be granted with respect to Cornel Oliver.

Respectfully Submitted:

\_\_//Signed//_____
R. LANCE MILLER
BRP # 025875
212 Madison Street, Suite 101A
Clarksville, TN 37040
lance@lancemillerlaw.com
Telephone: (931) 802-6180
Fax: (931) 802-6182