8cW a Ybh ̈ -*( ̇]g ̇; F5BH98"



IN THE UNITED STATE DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:11-CR-12 |
| | ) Judge Wiseman |
| CORNEL OLIVER (21) | ) |
| a/k/a LIL C | ) |

_____

### MOTION FOR JOINDER TO JOIN CO-DEFENDANT'S PRE-TRIAL MOTIONS
_____

Comes now the Defendant, Cornel Oliver by and through counsel and respectfully moves this Honorable Court for Joinder to Join the following Co-Defendant's Pre-Trial Motions: Docket Entry Numbers 855, 856, 860, 862, 885, 886, 899, and 941.

In support thereof, the Defendant states that this case involves numerous defendants and a multi-count indictment. The Defendant states the motions listed above apply equally to him and incorporates the above-listed dockets entries by reference as if copied verbatim. In the interest of judical economy, the Defendant moves this Honorable Court to allow him to join the motions listed herein.

WHEREFORE, PREMISES CONSIDERED, Defendant Oliver moves this Honorable Court to allow him to join the docket entries as stated.

                                                           Respectfully Submitted:

                                                           __//Signed//_____
                                                           R. LANCE MILLER
                                                          BRP # 025875
                                                          420 Madison Street, Suite B4
                                                          Clarksville, TN 37040
                                                          lance@lancemillerlaw.com
                                                          Telephone: (931) 802-6180