IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 3:11-cr-00012-21 |
| v. | ) | |
| | ) | |
| CORNELL OLIVER, | ) | |
| Defendant. | ) | |

**O R D E R**

Defendant Cornell Oliver was previously represented by Mr. Lance Miller. Mr. Miller was allowed to withdraw because he is moving out-of-state and can no longer represent the Defendant. Kimberly Hodde has been appointed as new counsel to represent Cornell Oliver.

Cornell Oliver is severed from the remaining defendants in this case and executed a Waiver of Speedy Trial. The September 25, 2012 trial date as to this Defendant is VACATED and RESET for **TUESDAY, JUNE 25, 2013, at 10:00 a.m.** before the undersigned at the U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

Mr. Oliver's Motion for Bill of Particulars, Doc. #966, Motion for Disclosure of Grand Jury Testimony, Document #965, and Motion for Disclosure of Arrest Histories, Document #967, are DENIED without prejudice to renew. All motions filed by other defendants and joined by Defendant Oliver are denied as to defendant Cornell Oliver without prejudice to renew by new counsel.

It is so **ORDERED.**

Thomas A. Wiseman, Jr.
Senior United States District Judge