UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:11-00012-21** |
| **v.** | ) | **Judge Sharp** |
| | ) | |
| **CORNEL OLIVER [21]** | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Notice of Intent to Enter Guilty Plea and Request for Plea Hearing (Docket No. 2547).

According, a plea hearing in this matter is hereby set for Friday, June 12, 2015, at 9:30 a.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE